Gerald Nydam
416 N. Berry
Winslow, AZ 86047
nook1955@yahoo.com

Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Gerald Nydam,

    Plaintiff,

vs.

Winslow Ford, Inc.,

    Defendant.

Case No.: CV12-8066-PCT-GMS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Plaintiff, Gerald Nydam, hereby gives his Notice of Voluntary Dismissal with Prejudice of all claims asserted against Winslow Ford, Inc. in this action. No defendant has answered or filed a motion for summary judgment in this matter and therefore this Notice of Voluntary Dismissal with Prejudice is appropriate pursuant to Rule 41(a), Fed.R.Civ.P.

  RESPECTUFULLLY SUBMITTED this 4 day of June, 2012.

_____
Gerald Nydam, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on ~~May~~ JUNE 4, 2012, I electronically transmitted a **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jack R. Cunningham
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
E-mail: jrc@jhc-law.com

*[signature]*
1612-179